UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-23 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JEROME HOLIDAY | ) | Magistrate Judge Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 38] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Six and Seven of the seven count Indictment; (2) accept Defendant's guilty plea to Counts Six and Seven of the seven count Indictment; (3) adjudicate Defendant guilty of Count Six: possession with intent to distribute 5 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (4) adjudicate Defendant guilty of Count Seven: possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 38] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Six and Seven of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Six and Seven of the seven count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of Count Six: possession with intent to distribute 5 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

4. Defendant is hereby **ADJUDGED** guilty of Count Seven: possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **April 23, 2026, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**